IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 16-26708 |
| JUDY FISHMAN, ) | |
| ) | Hon. Carol A. Doyle |
| ) | Chapter 7 |
| Debtor(s) ) | |

**TRUSTEE'S REPORT OF SALE**

Andrew J. Maxwell, Trustee, by his attorneys, states the following as Trustee's Report of Sale:

1. By order of the Court (docket no. 100), Trustee was authorized to sell **6150 Midnight Pass Road, Unit Villa 40 A & B, Sarasota, Florida (the "Property")** as set forth in the Motion to Sell Real Estate Free and Clear of Liens and For Other Relief (docket no. 86). The Property sale was closed on June 6, 2017, to Easy Street Partners, LLC. A copy of the Closing Statement dated June 6, 2017, is attached.

    Respectfully submitted,
    Andrew J. Maxwell, Trustee


    By:  /s/ *Andrew J. Maxwell*
       One of his attorneys

Andrew J. Maxwell (ARDC# 1799150)
**Maxwell Law Group, LLC**
20 N Clark Street, Suite 200
Chicago, IL 60602
312/368-1138